**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-39600-LMI**

☐ _____4th_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Hector Guzman                                CO-DEBTOR: Maria Abreu
Last Four Digits of SS# xxx-xx-4815                  Last Four Digits of SS# xxx-xx-6862

☐ This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.  $ 627.17      for months  1   to  60 ;
  B.  $_____   for months _____to_____;
  C.  $_____   for months _____to_____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,650.00
                  TOTAL PAID       $ 2,000.00
                  Balance Due      $ 1,650.00   payable $ 137.51 month (Months  1  to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                Arrearage on Petition Date $ _____
Address _____       Arrears Payment  $_____/month (Months____ to ___)
        _____       Arrears Payment  $_____/month (Months____ to ___)
        _____       Regular Payment  $_____/month (Months____ to ___)

2. _____      Arrears Payment  $_____
   _____      Arrears Payment  $_____/month (Months____ to ___)
   _____      Regular Payment  $_____/month (Months____ to ___)
                                      Arrears Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| N/A |  | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____       Total Due $_____
                                      Payable $_____/month (Months ____to ___)

Unsecured Creditors: Pay $ 426.95 month (Months  1  to  12  ). Pay $564.46/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Ocwen (Loan#xxxx9015, Ford Motor Credit Co (Loan #xxxxxx4200), Litton Loan Servicing, LP (Loan #xxxx5220) and Mercedes Benz Financial (Loan #0289) The debtors assume the 2009 Mercedes Benz . The debtors surrender all interest in the property located at: 3723 NW 17th Ave, #A10, Miami, FL 33142, financed with Seterus (Loan#xxxxx0475). The debtor will provide copies of his income tax retuns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtors
Date: 03/05/12